**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BLETTNER AVENUE, LLC, | : | Civil No. 1:24-CV-01342 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RENTAL UNIFORM SERVICE, INC. | : | |
| and | : | |
| CINTAS CORPORATION, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 6th day of March, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion for summary judgment, Doc. 19, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** with respect to Counts I, II, III, and V.  It is also **GRANTED** with respect to Count IV insofar as that count contains a cause of action for public nuisance.  The motion is **DENIED** with respect to all other claims contained in Count IV.

2. Plaintiff's motion for partial summary judgment, Doc. 22, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** with respect to Count IV.  It is **DENIED** with respect to all other counts.

3.  By separate order, the court will schedule a status conference to reset

remaining case management deadlines for this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania